THERESA ELERICK-G1017168
Name and Prisoner/Booking Number

ESTRELLA JAIL - MCSO
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌────────────────────────────┐
│ �XⁱFILED      ___ LODGED     │
│ ___ RECEIVED  ___ COPY      │
│                            │
│         JUN 1 2 2023        │
│                            │
│  CLERK U S DISTRICT COURT   │
│    DISTRICT OF ARIZONA      │
│ BY              DEPUTY      │
└────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

THERESA ELERICK,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) PAUL PENZONE,
(Full Name of Defendant)

(2) MARICOPA COUNTY SHERIFFS OFFICE,

(3) ESTRELLA JAIL,

(4) CHS MEDICAL SERVICES,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-01073-PHX-SRB--MTM**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

JURY TRIAL DEMANDED

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.    JURISDICTION

1.    This Court has jurisdiction over this action pursuant to:
☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
☐ Other: _____

2.    Institution/city where violation occurred: Estrella Jail - MCSO Phoenix, AZ

3.

Revised 12/1/20

1

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: Paul Penzone . The first Defendant is employed
as: Maricopa County Sheriff at Maricopa County Sheriffs office
      (Position and Title)                                  (Institution)

2.  Name of second Defendant: MCSO . The second Defendant is employed as:
as: Detention Facility at Sheriff
      (Position and Title)                                  (Institution)

3.  Name of third Defendant: Estrella Female Jail . The third Defendant is employed
as: Detention Facility at Phoenix, AZ
      (Position and Title)                                  (Institution)

4.  Name of fourth Defendant: CHS Medical . The fourth Defendant is employed
as: Correctional Health Services at Estrella Jail
      (Position and Title)                                  (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2.  If yes, how many lawsuits have you filed? N/A . Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.  Parties: N/A v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   b.  Second prior lawsuit: N/A
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   c.  Third prior lawsuit: N/A
      1.  Parties: _____ v. _____
      2.  Court and case number: _____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

### D.  CAUSE OF ACTION

#### COUNT I

1.  State the constitutional or other federal civil right that was violated: Housed in a facility where untreated toxic black mold is present.

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities          ☐ Mail                    ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property                ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer  ☒ Threat to safety    ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Maricopa County Jail, a detention facility under care and control MARICOPA COUNTY SHERIFFS OFFICE (MCSO) in PHOENIX AZ, and headed by sheriff Paul Penzone with CHS appointed as health care professionals for these jails in the MCSO holding - especially Estrella Jail, where females are housed.
Under public record Estrella Jail is CONDEMNED and has been since 2015. The jail has not been closed or repaired. The county continues to house female inmates in a condemned structure causing EXPOSURE and MEDICAL THREAT TO HEALTH SAFETY TO ME AS AN INMATE.
Any and ALL exposure to toxic black mold # is illegal and toxic. Mold is known to cause permanent and fatal health problems, resulting in ANY contact or exposure exceeding 7 days per the center for Disease Control (CDC)

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
I am serving a 4-month sentence being exposed to black toxic mold that is visible and that is illegal.

5.  **Administrative Remedies:**

    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                            ☐ Yes  ☒ No
    b.  Did you submit a request for administrative relief on Count I?              ☐ Yes  ☒ No
    c.  Did you appeal your request for relief on Count I to the highest level?     ☐ Yes  ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. NO PROCESS IS AVAILABLE OR IN PLACE TO FOLLOW IN REGARDS TO THIS MATTER

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  **Count II.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

    ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
    ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    1. Are there any administrative remedies (grievance procedures or administrative appeals) available at
       your institution?      ☐ Yes    ☐ No
    2. Did you submit a request for administrative relief on Count II?      ☐ Yes    ☐ No
    3. Did you appeal your request for relief on Count II to the highest level?      ☐ Yes    ☐ No
    4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
       did not. _____
       _____

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

    ☐ Basic necessities          ☐ Mail              ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion    ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☐ Yes      ☐ No
    2.  Did you submit a request for administrative relief on Count III?      ☐ Yes      ☐ No
    3.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes      ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

### E.   REQUEST FOR RELIEF

State the relief you are seeking:

I am requesting monetary compensation for the illegal detainment, negligent, and intentional exposure to toxic black mold, while being housed in ESTRELLA JAIL MCSO property in Phoenix, AZ for 120 days total, along with any and all legal and medical fees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/02/2023
                DATE

J. Elerick
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney=s address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## <u>CERTIFICATION</u>

I hereby certify that on this date _____ **June 6, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___  Hon _____ United States District Court, District of Arizona.

___  Hon _____ United States District Court, District of Arizona.

___  Attorney General, State of Arizona, _____

___  Judge _____ Superior Court, Maricopa County, State of Arizona.

___  County Attorney, Maricopa County, State of Arizona _____

___  Public Defender, Maricopa County, State of Arizona _____

___  Attorney _____

___  Other _____

___  _____

___  _____

_____    **A7879**
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009