# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Elerick, | **NO. CV-23-01073-PHX-SRB (MTM)** |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Paul Penzone, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 10, 2023, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

    Debra D. Lucas
District Court Executive/Clerk of Court

September 19, 2023

By    s/ S. Ferdig
       Deputy Clerk